BROWN & CO. *v.* CLEVELAND *et al.*

HARPER *v.* GA., C. & N. RY. CO. *et al.*

*Atkinson, J.*—This court has no jurisdiction to entertain a writ of error from the city court of Elbert county.  See *Western Union Telegraph Co.* v. *Jackson,* 98 *Ga.* 207.  *Writ of error dismissed.*
August 18, 1896.

*A. G. McCurry* and *I. C. Van Duzer,* for plaintiffs.
*J. N. Worley, Erwin, Cobb & Woolley* and *H. J. Brewer,* for defendants.